# In the United States Court of Federal Claims

No. 24-103T
(Filed: January 17, 2025)
**NOT FOR PUBLICATION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| VIVIAN HALL, *et al.*, | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Plaintiffs Vivian Hall and Prescilla Skank, proceeding *pro se*, filed a complaint in this Court for grievances related to allegedly incorrect tax assessments, penalties, and liens, in addition to contract violations and a variety of other claims. *See* Compl. (ECF 1). This Court granted the government's Motion to Dismiss (ECF 9) but provided Plaintiffs with leave to file an amended complaint, no later than November 21, 2024, pleading facts in support of specific legal theories within this Court's jurisdiction. *See* Opinion and Order (ECF 10). When the Clerk served the Opinion and Order on Plaintiffs at their last known address, it was returned as undeliverable. *See* Clerk Note (ECF 11). I then stayed the case until January 3, 2025 and ordered the government to serve Plaintiffs with the Opinion and Order if it was aware of their address. *See* Order Staying Case (ECF 12). The government attempted to serve Plaintiffs at multiple addresses on December 6, 2024. *See* Status Rep. (ECF 13). Plaintiffs have not responded and the time to amend has expired.

The case is therefore **DISMISSED** for the reasons stated in the original Opinion and Order.

The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge